02-10-508&509-CR









 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

NOS.  02-10-00508-CR

                                                  
       02-10-00509-CR

                                                

 


 
 
 Jaquita A. Hamilton
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 The State of Texas
 
 
  
 
 
 STATE
 
 


 

 

------------

 

FROM COUNTY CRIMINAL Court NO. 7 OF TARRANT
COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

----------

          We
have considered AAppellant’s Motion To
Dismiss Appeal.@  The motion complies with
rule 42.2(a) of the rules of appellate procedure.  Tex. R. App. P. 42.2(a).  No decision of this
court having been delivered before we received this motion, we grant the motion
and dismiss the appeal.  See Tex. R. App. P. 42.2(a), 43.2(f).

 

                                                                   PER
CURIAM

PANEL:  MEIER, J.; LIVINGSTON, C.J.; and
GABRIEL, J.

 

DO NOT PUBLISH

Tex. R. App.
P. 47.2(b)

 

DELIVERED: 
June 16, 2011









[1]See Tex. R. App. P. 47.4.